Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Plaintiff*
*Argonaut Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>PAYSIGN, INC., MARK R. NEWCOMER, MARK ATTINGER, DANIEL R. HENRY, JOAN M. HERMAN, BRUCE A. MINA, DANIEL H. SPENCE, DENNIS TRIPLETT, and QUINN WILLIAMS,<br><br>Defendants | Case No. 2:23-cv-00713-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 7-1, the parties, through their respective counsel, stipulate to extend the time for Defendants to file their response to Plaintiff's Complaint for Declaratory Relief (ECF No. 1). The parties submit that good cause exists for this stipulation based on the following:

1. Plaintiff filed its Complaint on May 5, 2023 (ECF No. 1).

2. The Complaint was served on defendant Paysign, Inc. on or about June 7, 2023.

3. Subsequent to this initial service, attorney Brian G. Friel, who represents Paysign, Inc., advised that his office will be among the attorneys representing all Defendants, and agreed to accept service of the Complaint on behalf of all remaining unserved Defendants.

126166119.2                                           1                                  Case No. 2:23-cv-00713-RFB-NJK

4. As part of this procedural cooperation between the parties, the parties have agreed that all Defendants will have until July 28, 2023 to respond to the Complaint.

5. This stipulation is the parties' first requested extension of time.

Dated this 28th day of June, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Jeffrey D. Olster*
Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*
*ARGONAUT INSURANCE COMPANY*

Dated this 28th day of June, 2023

LEMONS, GRUNDY & EISENBERG, PC

/s/ *Christian L. Moore*
Christian L. Moore, Esq.
Nevada Bar No. 3777
6005 Plumas Street, Third Floor
Reno, Nevada 89519
PAYSIGN, INC., MARK R. NEWCOMER, MARK ATTINGER, DANIEL R. HENRY, JOAN M. HERMAN, BRUCE A. MINA, DANIEL H. SPENCE, DENNIS TRIPLETT and QUINN WILLIAMS

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 29, 2023