# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PAYSIGN, INC., MARK R. NEWCOMER, MARK ATTINGER, DANIEL R. HENRY, JOAN M. HERMAN, BRUCE A. MINA, DANIEL H. SPENCE, DENNIS TRIPLETT, and QUINN WILLIAMS,<br><br>Defendants. | Case No.: 2:23-cv-00713-RFB-NJK<br><br>**ORDER GRANTING**<br>**SUBSTITUTION OF COUNSEL** |

Defendants PAYSIGN, INC., MARK R. NEWCOMER, MARK ATTINGER, DANIEL R. HENFY, JOAN M. HERMAN, BRUCE A. MINA, DANIEL H. SPENCE, DENNIS TRIPLETT and QUINN WILLIAMS, hereby consent to the substitution of CHRISTIAN L. MOORE, ESQ. of LAXALT LAW GROUP in the place and stead of CHRISTIAN L. MOORE, ESQ. of LEMONS, GRUNDY & EISENBERG, as their attorney in the above-captioned matter

DATED this 8th day of January, 2024.

Authorized representative of all named Defendants:

By: _____
Brian G. Friel, Esq.

We hereby consent to be substituted in the place and stead of CHRISTIAN L. MOORE, ESQ. of LAXALT LAW GROUP in the above-entitled action as attorneys for Defendants PAYSIGN, INC., MARK R. NEWCOMER, MARK ATTINGER, DANIEL R. HENFY, JOAN M. HERMAN, BRUCE A. MINA, DANIEL H. SPENCE, DENNIS TRIPLETT and QUINN WILLIAMS.

Dated this 8th day of January 2024.

LAXALT LAW GROUP

By: _____
Christian L. Moore, Esq.

We hereby consent to the substitution of CHRISTIAN L. MOORE, ESQ. of LAXALT LAW GROUP in the place and stead of CHRISTIAN L. MOORE, ESQ. of LEMONS, GRUNDY & EISENBERG in the above-entitled action as attorneys for Defendants PAYSIGN, INC., MARK R. NEWCOMER, MARK ATTINGER, DANIEL R. HENFY, JOAN M. HERMAN, BRUCE A. MINA, DANIEL H. SPENCE, DENNIS TRIPLETT and QUINN WILLIAMS.

Dated this 8th day of January, 2024.

LEMONS, GRUNDY & EISENBERG

By: _____
Dane A. Littlefield, Esq.

**ORDER**

IT IS SO ORDERED.
Dated: January 9, 2024

_____
Nancy J. Koppe
United States Magistrate Judge